*E-Filed 8/5/11*

MICHELLE R. BERNARD  (SBN: 144582)
MATTHEW S. FOY (SBN: 187238)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124
MBernard@gordonrees.com
MFoy@gordonrees.com

Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. CV 10 5038 RS<br><br>**JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY**<br><br>Complaint Filed:   November 8, 2010<br>Judge:                      Hon. Richard Seeborg |

The parties hereto, Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") and Defendant Navigators Specialty Insurance Company ("Navigators"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Mt. Hawley's Motion For Partial Summary Judgment was filed on August 3, 2011 and is set for hearing on September 8, 2011 at 1:30 p.m., meaning Navigators' opposition is due August 17, 2011 and Mt. Hawley's reply is due August 24, 2011;

WHEREAS Mt. Hawley has been advised that Navigators' counsel is on a pre-planned family vacation between August 8 – 14, 2011;

WHEREAS the only other modification of time in this case was a stipulation to allow Navigators two (2) additional weeks to respond to Mt. Hawley's Complaint;

WHEREAS a continuance of the hearing date for Mt. Hawley's Motion For Partial

NAVI/1066853/10265654v.1

- 1 -   CASE NO. CV 10 5038 RS
JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY

Summary Judgment, and an extension of the time to file an opposition and reply thereto, will not affect the schedule for the case;

THEREFORE Mt. Hawley and Navigators hereby stipulate and agree to:

1) Continue the hearing date for Mt. Hawley's Motion For Partial Summary Judgment to **September 22, 2011 at 1:30 p.m.**;

2) Extend the time for Navigators to file an opposition to Mt. Hawley's Motion For Partial Summary Judgment to **August 31, 2011**;

3) Extend the time for Mt. Hawley to file a reply to any opposition submitted by Navigators to **September 7, 2011**.

IT IS SO STIPULATED.

Dated: August 5, 2011            GRECO TRAFICANTE SCHULZ & BRICK

By_____
   Clyde C. Greco, Jr.
   Jon S. Brick
Attorneys for Plaintiff
MT. HAWLEY INSURANCE COMPANY

Dated: August 5, 2011            GORDON & REES LLP

By_____
   Michelle R. Bernard
   Matthew S. Foy
Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                , 2011     _____
                                 Richard Seeborg
                                 Judge of the United States District Court

1  Summary Judgment, and an extension of the time to file an opposition and reply thereto, will not
2  affect the schedule for the case;
3      THEREFORE Mt. Hawley and Navigators hereby stipulate and agree to:
4      1)   Continue the hearing date for Mt. Hawley's Motion For Partial Summary
5  Judgment to **September 22, 2011 at 1:30 p.m.**;
6      2)   Extend the time for Navigators to file an opposition to Mt. Hawley's Motion For
7  Partial Summary Judgment to **August 31, 2011**;
8      3)   Extend the time for Mt. Hawley to file a reply to any opposition submitted by
9  Navigators to **September 7, 2011**.
10     IT IS SO STIPULATED.
11
12 Dated:  August 5, 2011                GRECO TRAFICANTE SCHULZ & BRICK
13
14                                       By_____
15                                          Clyde C. Greco, Jr.
                                            Jon S. Brick
                                         Attorneys for Plaintiff
16                                       MT. HAWLEY INSURANCE COMPANY
17
18 Dated:  August 5, 2011                GORDON & REES LLP
19
20                                       By    /s/ Matthew S. Foy
21                                          Michelle R. Bernard
                                            Matthew S. Foy
                                         Attorneys for Defendant
22                                       NAVIGATORS SPECIALTY INSURANCE
                                         COMPANY
23
24 PURSUANT TO STIPULATION, IT IS SO ORDERED.
25
26 Dated:    8/5         , 2011         _____
27                                         Richard Seeborg
                                          Judge of the United States District Court
28

- 2 -                            CASE NO. CV 10 5038 RS
JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE FOR PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AND FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY