*E-Filed 11/3/11*

MICHELLE R. BERNARD (SBN: 144582)
MATTHEW S. FOY (SBN: 187238)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
MBernard@gordonrees.com
MFoy@gordonrees.com

Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MT. HAWLEY INSURANCE COMPANY, | ) CASE NO. CV 10 5038 RS |
|---|---|
| Plaintiff, | ) JOINT STIPULATION FOR |
| | ) CONTINUANCE OF CASE |
| vs. | ) MANAGEMENT SCHEDULING |
| | ) ORDER DATES; [PROPOSED] ORDER |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | ) Complaint Filed:   November 8, 2010 |
| Defendant. | ) Judge:   Hon. Richard Seeborg |

The parties hereto, Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") and Defendant Navigators Specialty Insurance Company ("Navigators"), by and through their respective counsel of record, hereby stipulate to modification of the current Case Management Scheduling Order as follows:

1. WHEREAS, on May 12, 2011 the Court issued a Case Management Scheduling Order which provides:

   a. On or before **November 30, 2011**, all non-expert discovery related to the duty to defend question shall be completed;

   b. A Further Case Management Conference shall be held on **October 20, 2011**;

   c. All pretrial motions must be filed and served pursuant to Civil Local Rule 7 and heard no later than **January 26, 2012**;

NAVI/1066853/11024284v.1

- 1 -   CASE NO. CV 10 5038 RS
JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT SCHEDULING ORDER DATES;
[PROPOSED] ORDER

2. WHEREAS, on September 22, 2011 the Court heard Mt. Hawley's Motion for Partial Summary Judgment and took the motion under submission (Dkt. No. 24);

3. WHEREAS, on October 14, 2011 the Court continued the Further Case Management Conference from October 20, 2011 to **December 15, 2011 at 10:00 a.m.** (Clerk's Notice, Dkt. No. 27);

4. WHEREAS, the case schedule had been previously modified as follows:

    a. Navigators was permitted two (2) additional weeks to respond to Mt. Hawley's Complaint;

    b. The briefing schedule on Mt. Hawley's Motion for Partial Summary Judgment was extended such that Navigator's Opposition due date was continued from August 17, 2011 to August 31, 2011, Mt. Hawley's Reply due date was continued from August 24, 2011 to September 7, 2011, and the hearing date was continued from September 8, 2011 to September 22, 2011;

5. WHEREAS, the parties agree that modification of the current Case Management Scheduling Order will preserve the status quo pending the Court's determination of Mt. Hawley's Motion for Partial Summary Judgment, serving the interests of judicial economy and efficient litigation;

6. WHEREAS, Mt. Hawley and Navigators therefore stipulate and agree to modify the current Case Management Scheduling Order as follows:

    a. Continue the non-expert discovery completion date to **February 29, 2011**;

    b. Continue the final hearing date for pretrial motions to **April 12, 2011**.

///
///
///
///
///
///

1  IT IS SO STIPULATED.

2

3  Dated: __11/1__, 2011                GRECO TRAFICANTE SCHULZ & BRICK

4

5                                       By _____
                                           Clyde C. Greco, Jr.
6                                          Jon S. Brick
                                           Attorneys for Plaintiff
7                                          MT. HAWLEY INSURANCE COMPANY

8

9  Dated: November 1, 2011              GORDON & REES LLP

10

11                                      By _____
                                           Michelle R. Bernard
12                                         Matthew S. Foy
                                           Attorneys for Defendant
13                                         NAVIGATORS SPECIALTY INSURANCE
                                           COMPANY
14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16      The Case Management Scheduling Order is modified to provide for the following

17  schedule:

18      a.  On or before **February 29, 2011,** all non-expert discovery related to the duty to

19          defend question shall be completed;

20      b.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7 and

21          heard no later than **April 12, 2012.**

22

23  Dated: 11/3/11                       _____
                                           Richard Seeborg
24                                         Judge of the United States District Court

25

26

27

28