MICHELLE R. BERNARD (SBN: 144582)
MATTHEW S. FOY (SBN: 187238)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
MBernard@gordonrees.com
MFoy@gordonrees.com

Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. CV 10 5038 RS <br><br> **JOINT STIPULATION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER; [PROPOSED] ORDER** <br><br> Complaint Filed: November 8, 2010 <br> Judge: Hon. Richard Seeborg |

The parties hereto, Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") and Defendant Navigators Specialty Insurance Company ("Navigators"), by and through their respective counsel of record, hereby stipulate to modification of the current Case Management Scheduling Order as follows:

1. WHEREAS, on May 12, 2011 the Court issued a Case Management Scheduling Order which provides:

    a. On or before November 30, 2011, all non-expert discovery related to the duty to defend question shall be completed;

    b. A Further Case Management Conference shall be held on October 20, 2011;

    c. All pretrial motions must be filed and served pursuant to Civil Local Rule 7 and heard no later than January 26, 2012;

2.  WHEREAS, on October 14, 2011 the Court, on its own motion, continued the Further Case Management Conference from October 20, 2011 to December 15, 2011 (Clerk's Notice, Dkt. No. 27);

3.  WHEREAS, on November 3, 2011 the Court modified the Case Management Scheduling Order, pursuant to the parties stipulated request, to provide for the following schedule:

    a.  All non-expert discovery related to the duty to defend question shall be completed on or before **February 29, 2012**;

    b.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7 to be heard no later than **April 12, 2012**;

4.  WHEREAS, on November 3, 2011, the Court issued its order granting in part, and denying in part Mt. Hawley's motion for partial summary judgment (Dkt. No. 30);

5.  WHEREAS, on December 12, 2011 the Court, on its own motion, continued the Further Case Management Conference from December 15, 2011 to January 19, 2012 (Clerk's Notice, Dkt. No. 32);

6.  WHEREAS, on January 19, 2012, following the Further Case Management Conference on that date, the Court issued a minute order (Dkt. No. 35) as follows:

    a.  A Further Case Management Conference shall take place on **March 22, 2012** at 10:00 a.m.; and

    b.  All discovery and dispositive motions deadlines are vacated;

7.  WHEREAS, in addition to the modifications referenced above, the case schedule has been previously modified as follows:

    a.  Navigators was permitted two (2) additional weeks to respond to Mt. Hawley's Complaint;

    b.  The briefing schedule on Mt. Hawley's Motion for Partial Summary Judgment was extended such that Navigator's Opposition due date was continued from August 17, 2011 to August 31, 2011, Mt. Hawley's Reply due date was continued from August 24, 2011 to September 7, 2011, and

1 | the hearing date was continued from September 8, 2011 to September 22,
2 | 2011;
3 |     8.     WHEREAS, the parties agree that modification of the current Case Management
4 | Scheduling Order will allow the parties to discuss alternatives to further litigation;
5 |     9.     WHEREAS, Mt. Hawley and Navigators therefore stipulate and agree to continue
6 | the final hearing date for pretrial motions to **May 10, 2012.**
7 |
8 | IT IS SO STIPULATED.
9 |
10 | Dated: __3/8__, 2012      GRECO TRAFICANTE SCHULZ & BRICK
11 |
12 |      By_____
13 |      Clyde C. Greco, Jr.
     Jon S. Brick
     Attorneys for Plaintiff
14 |      MT. HAWLEY INSURANCE COMPANY
15 |
16 | Dated: __March 8__, 2012      GORDON & REES LLP
17 |
18 |      By_____
19 |      Michelle R. Bernard
     Matthew S. Foy
     Attorneys for Defendant
20 |      NAVIGATORS SPECIALTY INSURANCE COMPANY
21 |
22 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
23 |      The Case Management Scheduling Order is modified to provide that all pretrial motions
24 | must be filed and served pursuant to Civil Local Rule 7 and heard no later than **May 10, 2012.**
25 |
26 | Dated: 3/9/12      _____
27 |      Richard Seeborg
     Judge of the United States District Court
28 |