1  MICHELLE R. BERNARD (SBN: 144582)
   MATTHEW S. FOY (SBN: 187238)
2  GORDON & REES LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone: (619) 696-6700
4  Facsimile: (619) 696-7124
   MBernard@gordonrees.com
5  MFoy@gordonrees.com

6  Attorneys for Defendant
   NAVIGATORS SPECIALTY INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 MT. HAWLEY INSURANCE COMPANY,        )  CASE NO. CV 10 5038 RS
                                        )
12                      Plaintiff,      )  JOINT STIPULATION FOR
                                        )  MODIFICATION OF CASE
13     vs.                              )  MANAGEMENT SCHEDULING
                                        )  ORDER; [PROPOSED] ORDER
14 NAVIGATORS SPECIALTY INSURANCE       )
   COMPANY,                             )  Complaint Filed:   November 8, 2010
15                      Defendant.      )  Judge:             Hon. Richard Seeborg
                                        )

16

17     The parties hereto, Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") and

18 Defendant Navigators Specialty Insurance Company ("Navigators"), by and through their

19 respective counsel of record, hereby stipulate to modification of the current Case Management

20 Scheduling Order as follows:

21     1.     WHEREAS, on May 12, 2011 the Court issued a Case Management Scheduling

22 Order which provides:

23          a.     On or before November 30, 2011, all non-expert discovery related to the

24                 duty to defend question shall be completed;

25          b.     A Further Case Management Conference shall be held on October 20,

26                 2011;

27          c.     All pretrial motions must be filed and served pursuant to Civil Local Rule

28                 7 and heard no later than January 26, 2012;

2.   WHEREAS, on October 14, 2011 the Court, on its own motion, continued the Further Case Management Conference from October 20, 2011 to December 15, 2011 (Clerk's Notice, Dkt. No. 27);

3.   WHEREAS, on November 3, 2011 the Court modified the Case Management Scheduling Order, pursuant to the parties stipulated request, to provide for the following schedule:

a.   All non-expert discovery related to the duty to defend question shall be completed on or before **February 29, 2012**;

b.   All pretrial motions must be filed and served pursuant to Civil Local Rule 7 to be heard no later than **April 12, 2012**;

4.   WHEREAS, on November 3, 2011, the Court issued its order granting in part, and denying in part Mt. Hawley's motion for partial summary judgment (Dkt. No. 30);

5.   WHEREAS, on December 12, 2011 the Court, on its own motion, continued the Further Case Management Conference from December 15, 2011 to January 19, 2012 (Clerk's Notice, Dkt. No. 32);

6.   WHEREAS, on January 19, 2012, following the Further Case Management Conference on that date, the Court issued a minute order (Dkt. No. 35) as follows:

a.   A Further Case Management Conference shall take place on **March 22, 2012** at 10:00 a.m.; and

b.   All discovery and dispositive motions deadlines are vacated;

7.   WHEREAS, in addition to the modifications referenced above, the case schedule has been previously modified as follows:

a.   Navigators was permitted two (2) additional weeks to respond to Mt. Hawley's Complaint;

b.   The briefing schedule on Mt. Hawley's Motion for Partial Summary Judgment was extended such that Navigator's Opposition due date was continued from August 17, 2011 to August 31, 2011, Mt. Hawley's Reply due date was continued from August 24, 2011 to September 7, 2011, and

1    the hearing date was continued from September 8, 2011 to September 22,

2    2011;

3    8.    WHEREAS, the parties agree that modification of the current Case Management

4    Scheduling Order will allow the parties to discuss alternatives to further litigation;

5    9.    WHEREAS, Mt. Hawley and Navigators therefore stipulate and agree to continue

6    the final hearing date for pretrial motions to **May 10, 2012**.

7

8    IT IS SO STIPULATED.

9

10   Dated: ____3/8____, 2012          GRECO TRAFICANTE SCHULZ & BRICK

11

12                                     By _____

13                                        Clyde C. Greco, Jr.
                                          Jon S. Brick

14                                     Attorneys for Plaintiff
                                       MT. HAWLEY INSURANCE COMPANY

15

16   Dated: March 8____, 2012          GORDON & REES LLP

17

18                                     By _____

19                                        Michelle R. Bernard
                                          Matthew S. Foy

20                                     Attorneys for Defendant
                                       NAVIGATORS SPECIALTY INSURANCE

21                                     COMPANY

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23        The Case Management Scheduling Order is modified to provide that all pretrial motions

24   must be filed and served pursuant to Civil Local Rule 7 and heard no later than **May 10, 2012**.

25

26   Dated:  3/9/12              _____

27                                     Richard Seeborg
                                       Judge of the United States District Court

28

- 3 -                              CASE NO. CV 10 5038 RS
JOINT STIPULATION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER;
[PROPOSED] ORDER